JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARTHY CUADRA,                          ) CASE NO. 2:20-cv-06214-KES
     Plaintiff,                         )
                          ) **[PROPOSED]**
       vs.                              ) **JUDGMENT**
                          )
KILOLO KIJAKAZI,                        )
Acting Commissioner of Social           )
Security,                               )
                          )
     Defendant.                         )

     The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  March 10, 2022

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE