1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10   MARTHY ISABEL CUADRA,          )   Case No.: 2:20-cv-06214-KES
                                    )
11          Plaintiff,              )    ORDER AWARDING EQUAL
                                    )   ACCESS TO JUSTICE ACT
12        vs.                       )   ATTORNEY FEES AND EXPENSES
                                    )   PURSUANT TO 28 U.S.C. § 2412(d)
13   KILOLO KIJAKAZI,               )   AND COSTS PURSUANT TO 28
     Acting Commissioner of Social  )   U.S.C. § 1920
14   Security,                      )
                                    )
15          Defendant               )
                                    )
16   _____)

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $2,300.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATE: May 6, 2022

23   _____
     THE HONORABLE KAREN E. SCOTT
24   UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3          /s/  *Marc V. Kalagian*

   BY: _____
4          Marc V. Kalagian
           Attorney for plaintiff Marthy Isabel Cuadra
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26